

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
ONE PENN CENTER
1617 JFK BOULEVARD
SUITE 520
PHILADELPHIA, PENNSYLVANIA 19103

**JULIA C. GREEN**
TRIAL COUNSEL
(267) 602-2133
greenju@sec.gov

July 30, 2018

> MEMO ENDORSED
>
> Application GRANTED. Next status letter due October 30, 2018.
>
> SO ORDERED.
>
> _____
> Ona T. Wang          8/1/18
> United States Magistrate Judge

**VIA ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *SEC v. Robert Stewart et al.*, No. 15-cv-03719 (AT)(OTW)

Dear Judge Wang:

I write pursuant to the Court's May 1, 2018 Order (Dkt. No. 83) to provide a status report on the above-referenced case.

As previously reported, Mr. Stewart has appealed the judgment of conviction in the related criminal case to the Second Circuit. *See United States v. Sean Stewart*, No. 17-593 (the "Criminal Appeal"). As described more fully in my March 15, 2018 submission (Dkt. No. 80), Counsel for the Commission and Mr. Stewart have reached an agreement in principle regarding settlement if the Second Circuit denies the Criminal Appeal. Like all settlement agreements negotiated by the staff, this agreement would be subject to the review and approval of certain offices and Divisions within the Commission and the Commission itself. On November 6, 2017, the Court stayed this case pending resolution of the Criminal Appeal. (Dkt. No. 75).

On June 26, 2018, the Second Circuit ordered that Sean Stewart be released pending resolution of the Criminal Appeal.

The Commission respectfully requests that the Court set a deadline for the next status update of October 30, 2018.

Respectfully submitted,

Julia C. Green

cc:   Counsel of Record (by ECF)
      Sean Stewart (by U.S. mail)
      Alexandra Shapiro, Esq. (by email)