**MEMO ENDORSEMENT**



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
ONE PENN CENTER
1617 JFK BOULEVARD
SUITE 520
PHILADELPHIA, PENNSYLVANIA 19103

JULIA C. GREEN
SENIOR TRIAL COUNSEL
(267) 602-2133
greenju@sec.gov

> The next status letter shall be filed by June 1, 2019.
>
> **SO ORDERED.**
>
> _/s/ Ona T. Wang_
>
> Ona T. Wang           4/2/2019
> United States Magistrate Judge

April 1, 2019

**VIA ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  *SEC v. Robert Stewart et al.*, No. 15-cv-03719 (AT)(OTW)

Dear Judge Wang:

I write to provide a status report on the above-referenced case and the related criminal case, *United States v. Sean Stewart*, No. 15-cr-287 (LTS) (the "Criminal Action").

As previously reported, on November 5, 2018, the Second Circuit issued a ruling vacating Mr. Stewart's judgment of conviction in the Criminal Action and remanding the matter to the district court for further proceedings.

On March 7, 2019, the district court held a pretrial conference in the Criminal Action. The court scheduled the retrial to begin on September 9, 2019. The court set a schedule for pretrial motions, ordering that they be fully briefed by May 28, 2019.

Respectfully submitted,

/s/ Julia C. Green
Julia C. Green

cc:  Counsel of Record (by ECF)
     Sean Stewart (by U.S. Mail)
     Richard Cooper, Esq. (by email)
     Samson Enzer, Esq. (by email)
     Lawrence Gerschwer (by email)
     Steven Witzel (by email)