**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,  :
      :
           Plaintiff,      :            15-CV-3719 (AT) (OTW)
      :
           -against-      :            **ORDER**
      :
SEAN STEWART, et al.,      :
      :
           Defendants.      :
      :
      :

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed the status letter at ECF 109. The stay is hereby **LIFTED**. It is

hereby **ORDERED** that:

- Defendant's answer is due by April 17, 2020;

- A status conference will be held on **May 6, 2020 at 11:30 a.m.** to discuss dates

  and deadlines going forward.

**SO ORDERED.**

                            _s/ Ona T. Wang_

Dated: March 6, 2020                  **Ona T. Wang**
      New York, New York           United States Magistrate Judge