

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
ONE PENN CENTER
1617 JFK BOULEVARD
SUITE 520
PHILADELPHIA, PENNSYLVANIA 19103

**JULIA C. GREEN**
SENIOR TRIAL COUNSEL
(267) 602-2133
greenju@sec.gov

May 4, 2020

<u>VIA ECF</u>

Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *SEC v. Robert Stewart et al.*, <u>No. 15-cv-03719 (AT)(OTW)</u>

Dear Judge Wang:

     I represent the Securities and Exchange Commission (the "Commission") in the above-referenced matter. I write to request an adjournment of the status conference currently scheduled for May 6, 2020 at 11:30 a.m. (the "Status Conference"). Defendant Sean Stewart has recently retained David Slovick, Esq. to represent him in this matter, and Mr. Slovick joins in this request. This is the parties' first request to adjourn the Status Conference.

     This case was previously stayed pending the conclusion of the parallel criminal action, *United States v. Sean Stewart and Robert Stewart*, No. 15-cr-287 (JSR). On March 6, 2020, the Court entered an Order lifting the stay, directing Mr. Stewart to answer the complaint by April 17, 2020, and scheduling the Status Conference. (Dkt. 111) Mr. Stewart was released from incarceration on April 23, 2020 and, last week, retained counsel to represent him in this matter.

     Following Mr. Stewart's retention of counsel, the parties resumed settlement negotiations. Mr. Stewart has agreed to the parameters of a settlement in the civil action, which the staff will be recommending to the Commission for approval. Any settlement agreement negotiated by the staff of the Commission is subject to the review and approval of certain offices and Divisions within the Commission and the Commission itself.

      In light of the time needed to obtain Commission approval of the proposed settlement, the parties respectfully propose to provide the Court with a status update in 90 days if the parties have not submitted settlement papers by that time.

Respectfully submitted,

/s/ Julia C. Green
Julia C. Green

cc:    Counsel of Record (by ECF)
        Richard Cooper, Esq. (by email)
        Samson Enzer, Esq. (by email)
        David Slovick, Esq. (by email)

---

**Application Granted.** Parties are directed to file a joint status letter by August 3, 2020 if settlement papers are not filed by that time. Plaintiff is directed to serve a copy of this order on Defendant.

**SO ORDERED.**

_____
Ona T. Wang               5/4/2020
U.S. Magistrate Judge